

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00866-CV

**IN THE INTEREST OF A.G.F.**, A.F.F. and E.H.F., Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-05746
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against appellant Brian F. Friestman.

SIGNED May 27, 2015.

_____
Rebeca C. Martinez, Justice